■ P.U. Travel, Inc., Doing Business as Ultra Tours, Respondent-Appellant, v Banco Popular North America, Appellant-Respondent. [825 NYS2d 362]—Cross appeals from order, Supreme Court, New York County (Richard B. Lowe, III, J.), entered November 29, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. Motion seeking leave to withdraw appeal dismissed as moot. No opinion. Order filed. Concur—Friedman, J.P., Nardelli, Gonzalez, Catterson and Kavanagh, JJ.